UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>    Defendants. | Case No. 18-cv-05562-EDL<br><br>**ORDER TO SERVE OR DISMISS DEFENDANTS** |

On September 11, 2018, Plaintiff filed a complaint in this court naming San Francisco Community College District and Board of Trustees, Mark W. Rocha, Dianna R. Gonzales, Steven Bruckman, Trudy Walton, Clara Starr, Elizabeth Coria, Marylou Leyba-Frank, Sunny Clark, Joseph Guiriba, Leilani Battiste, Leticia Santana Sazo, Service Employees International Union, City College Chapter, Local 1021 ("SEIU"), Roxanne Sanchez, Gregory Cross, Kaden Kratzer, Athena Steff, Karl Gamarra, and John Does 1 through 20 as defendants.

On October 12, 2018, Plaintiff filed waivers of service that the following defendants had executed: SEIU, Roxanne Sanchez, Kaden Kratzer, Karl Gamarra, and Athena Steff, referred to collectively as the SEIU Defendants. Plaintiff has not filed proofs of service for any of the remaining defendants, nor have any of them appeared. Pursuant to Rule 4, if a defendant is not served within 90 days after the complaint is filed, the court must, on its own motion or after notice to Plaintiff, dismiss the action or order that service be made within a specified time. Fed. R. Civ. P. 4(m). The Court must extend that deadline for an appropriate period of time if the plaintiff shows good cause for the failure to serve defendants.

Plaintiff's deadline to serve San Francisco Community College District and Board of Trustees, Mark W. Rocha, Dianna R. Gonzales, Steven Bruckman, Trudy Walton, Clara Starr,

Elizabeth Coria, Marylou Leyba-Frank, Sunny Clark, Joseph Guiriba, Leilani Battiste, and Leticia Santana Sazo was December 10, 2018.

The Court directs Plaintiff to file proofs of service for the remaining defendants by December 17, 2018. If Plaintiff cannot do so she must either (1) demonstrate good cause for her failure to serve the remaining defendants and request an extension of time to complete service by December 26, 2018 and do so; or (2) dismiss the remaining defendants by December 26, 2018.

**IT IS SO ORDERED.**

Dated: December 11, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge