United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER SETTING HEARING DATE**<br><br>Re: Dkt. Nos. 30, 31, 34 |

Plaintiff Carolyn Escalante, pro se, filed a motion for default judgment by the clerk, Dkt. No. 30, a motion to change venue, Dkt. No. 31, and a motion for default judgment by the Court, Dkt. No. 34, all without noticed hearing dates. The Court hereby SETS a hearing date for each motion on April 25, 2019 at 2:00 p.m. in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

**IT IS SO ORDERED.**

Dated: 2/14/2019

　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge