Carolyn Escalante, *pro se*
c/o Phillip Martinez
3500 Fleetwood Drive
San Bruno, California 94066

Tel: 650-392-5283
email: panofelcorpp@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>      Plaintiff,<br>  vs.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, and BOARD OF TRUSTEE'S, et al.,<br><br>      Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER**<br><br><br>Honorable Haywood S. Gilliam, Jr |

Having reviewed the parties' stipulation and supporting declaration, and good cause appearing therefore,

IT IS HEREBY ORDERED that plaintiff's time to respond to defendants' motion to dismiss for failure to state a claim upon which relief can be granted is extended to and through Thursday, March 14, 2019. The opposition shall be served on Defendants' counsel via email and U.S. Mail the same day. Defendants' reply brief shall be filed on March 28, 2019 and shall be served on Plaintiff via email and U.S. Mail the same day. The hearing on the motion, presently set for April 25, 2019, remains unchanged.

IT IS SO ORDERED.

DATED: February 20, 2019

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

1