UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>    Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TIME**<br><br>Re: Dkt. No. 49, 50 |

On February 27, 2019, Plaintiff Carolyn Escalante, pro se, filed an *ex parte* application, *see* Dkt. No. 49, to extend time to file her reply in support of Plaintiff's motion for default judgment, *see* Dkt. No. 34, and her opposition to the San Francisco Community College District Defendants' motion to dismiss, *see* Dkt. No. 39. Plaintiff represented in her *ex parte* application that she had notified Defendants of the requested extension but had not received a response. Dkt. No. 49 at 2. Defendants then filed a declaration, including email communications between the parties as supporting exhibits, representing that Defendants had in fact responded and agreed to the requested extension on February 27, a day before the deadline identified in Plaintiff's proposal. Dkt. No. 50. It is unclear whether the agreement reflected in the email chain was reached before or after Plaintiff filed the *ex parte* application.

Having considered Plaintiff's *ex parte* application and Defendants' declaration, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's time to file her reply and opposition is extended to and through March 25, 2019. The reply and opposition shall be served on Defendants' counsel via email and U.S. Mail the same day. The San Francisco Community

College District Defendants' time to file their reply in support of their motion to dismiss is reset from March 15, 2019 to April 16, 2019.  Defendants' reply brief shall be served on Plaintiff via email and U.S. Mail the same day.  The hearings on the motion for default judgment and motion to dismiss, presently set for April 25, 2019 and May 16, 2019 respectively, remain unchanged.

The Court reminds the parties of the importance of meeting and conferring in good faith in an effort to reach agreement when possible, which includes allowing a reasonable amount of time for the other side to respond to a proposal.  Plaintiff is also reminded that any agreed-upon request to change dates set by the Court must be filed in the form of a stipulation and proposed order reflecting the requested changes.  *See* Civil Local Rule 6-2(a).

**IT IS SO ORDERED.**

Dated: 3/5/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge