United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER GRANTING PLAINTIFF'S MOTIONS TO WITHDRAW HER MOTION FOR CHANGE OF VENUE AND TO DISMISS DEFENDANT GREGORY CROSS**<br><br>Re: Dkt. Nos. 31, 55 |

Pending before the Court are Plaintiff Carolyn Escalante's unopposed motion to withdraw her motion for change of venue, *see* Dkt. No. 31, and her motion to dismiss Defendant Gregory Cross from this action. Dkt. No. 55. Having considered Plaintiff's motion, Defendants' responses, and good cause appearing therefor, the Court **GRANTS** Plaintiff's motions. Plaintiff's motion for change of venue, Dkt. No. 31, is **TERMINATED**, and this action is **DISMISSED** without prejudice as to Defendant Gregory Cross only.

**IT IS SO ORDERED.**

Dated: 4/17/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge