MARIA M. LAMPASONA, SBN 259675
lampasona@rankinlaw.com
TAYLOR J. POHLE, SBN 299794
pohle@rankinlaw.com
RANKIN, SHUEY, RANUCCI, MINTZ,
LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
SAN FRANCISCO COMMUNITY COLLEGE
DISTRICT (also erroneously sued as "BOARD OF
TRUSTEE'S"), MARK W. ROCHA, DIANNA R.
GONZALES, STEVEN BRUCKMAN, TRUDY
WALTON, CLARA STARR, ELIZABETH CORIA,
MARYLOU LEYBA-FRANK, SUNNY L. CLARK,
JOSEPH A. GUIRIBA, LEILANI F. BATTISTE,
LETICIA A. SANTANA SAZO, and MARIA M.
LAMPASONA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, and BOARD OF TRUSTEE'S, et al.<br><br>Defendants. | Case No. 4:18-cv-05562-HSG<br><br>**STIPULATION AND ORDER REGARDING PLEADING DEADLINES** |

Pursuant to Local Rule 6-1, Plaintiff Carolyn Escalante and the San Francisco Community College District Defendants, by and through their attorneys of record, stipulate as follows:

Plaintiff filed a Second Amended Complaint on December 5, 2019. The San Francisco Community College District Defendants ("Defendants")'s current deadline to file a responsive pleading is December 19, 2019. FRCP 15(a)(3). Defendants will file a Motion pursuant to FRCP

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612

12, and the parties have agreed to the following modified pleading deadline and briefing schedule:

- Defendants' Last Day to Plead:   January 6, 2020
- Plaintiff's Opposition:   February 10, 2010
- Defendant's Reply:   February 20, 2020
- Hearing:   March 5, 2020

The proposed briefing schedule will not alter the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED.**

Dated: December 18, 2019     MS. CAROLYN ESCALANTE, PRO SE


By:   /s/ Carolyn Escalante
CAROLYN ESCALANTE
Plaintiff, Pro Se


Dated: December 18, 2019     RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS


By:   /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for SFCCD Defendants

As the filing attorney, I hereby attest that I have permission of Plaintiff Carolyn Escalante to attach her e-signature to this stipulation, as evidenced by the email attached hereto as Exhibit A.

Dated: December 18, 2019     RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS


By:   /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for SFCCD Defendants

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/19/2019

*Haywood S. Gill, Jr.*
Judge, United States District Court

RANKIN, SHUEY, RANUCCI, MINTZ,
LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612