UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>    Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO EXTEND TIME**<br><br>Re: Dkt. No. 88 |

Plaintiff Carolyn Escalante, pro se, filed an *ex parte* application to extend time to file her opposition to the SEIU Defendants' motion to dismiss. Dkt. No. 88. Plaintiff represented that the SEIU Defendants agreed to her extension. Dkt. No. 88 at 2. Having considered Plaintiff's unopposed *ex parte* application, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's time to file her opposition is extended to and through January 23, 2020. The opposition shall be served on the SEIU Defendants' counsel via email and U.S. Mail the same day. The SEIU Defendants' time to file their reply in support of their motion to dismiss is reset from January 9, 2020 to February 6, 2020. Defendants' reply brief shall be served on Plaintiff via email and U.S. Mail the same day. The hearing on the motion to dismiss, presently set for March 5, 2020, remains unchanged.

Plaintiff is reminded again that any future agreed-upon request to change dates must be filed in the form of a stipulation and proposed order reflecting the requested changes, and not filed as an *ex parte* application. *See* Civil Local Rule 6-2(a); *see also* Dkt. No. 51 at 2.

**IT IS SO ORDERED.**

Dated: 12/30/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge