UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05562-HSG<br><br>**ORDER CLARIFYING THE STIPULATION AND ORDER REGARDING PLEADING DEADLINES**<br><br>Re: Dkt. No. 87 |

The Court issues this short written order to clarify the deadlines in the Stipulation and Order Regarding Pleading Deadlines. *See* Dkt. No. 87. Plaintiff's opposition to SFCCD Defendants' motion to dismiss is due February 10, 2020, not February 10, 2010.

**IT IS SO ORDERED.**

Dated: 1/8/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge