1  MARIA M. LAMPASONA, SBN 259675
   mlampasona@rankinlaw.com
2  SHEENA B. PATEL, SBN 297008
   patel@rankinlaw.com
3  RANKIN, SHUEY, RANUCCI, MINTZ,
   LAMPASONA & REYNOLDS
4  2030 Franklin Street, Sixth Floor
5  Oakland, CA 94612
   Telephone: (510) 433-2600
6  Facsimile: (510) 433-2699

7  Attorneys for Defendants
   SAN FRANCISCO COMMUNITY COLLEGE
8  DISTRICT (also erroneously sued as "BOARD OF
9  TRUSTEE'S"), MARK W. ROCHA, DIANNA R.
   GONZALES, STEVEN BRUCKMAN, TRUDY
10 WALTON, CLARA STARR, ELIZABETH CORIA,
   MARYLOU LEYBA-FRANK, SUNNY L. CLARK,
11 JOSEPH A. GUIRIBA, LEILANI F. BATTISTE,
12 LETICIA A. SANTANA SAZO, and MARIA M.
   LAMPASONA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CAROLYN ESCALANTE, <br><br> Plaintiff, <br><br> v. <br><br> SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, and BOARD OF TRUSTEE'S, et al. <br><br> Defendants. | Case No. 4:18-cv-05562-HSG <br><br> **STIPULATION AND ORDER (AS MODIFIED) REGARDING THE HEARINGS ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Carolyn Escalante, SEIU Local 1021 Defendants ("SEIU Defendants") and the San Francisco Community College District Defendants ("SFCCD Defendants"), by and through their attorneys of record, stipulate as follows:

Plaintiff filed a Second Amended Complaint on December 5, 2019. The SFCCD

Defendants and SEIU Defendants both filed Motions to Dismiss Plaintiff's Second Amended Complaint. The hearing date for the Motions to Dismiss was set for March 5, 2020. On March 3, 2020 the Court reset the hearings to March 12, 2020 at 2:00pm in Courtroom 2, 4th floor, 1301 Clay Street, Oakland, CA.

Counsel for SFCCD Defendants currently has a mediation set for March 12, 2020 and therefore requests that the Court reset the hearings on both Motions to Dismiss to April 2, 2020. The proposed hearing date will not alter the date of any event or any deadline already fixed by the Court.

**IT IS SO STIPULATED.**

Dated: March 10, 2020

MS. CAROLYN ESCALANTE, PRO SE

By: /s/ Carolyn Escalante
CAROLYN ESCALANTE
Plaintiff, Pro Se

Dated: March 10, 2020

WEINBERG, ROGER & ROSENFELD

By: /s/ Roberta Perkins
ROBERTA PERKINS
Attorneys for SEIU Local 1021 Defendants

Dated: March 10, 2020

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS

By: /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for SFCCD Defendants

//
//
//

As the filing attorney, I hereby attest that I have permission of Plaintiff Carolyn Escalante and counsel for SEIU Defendants to attach their e-signature to this stipulation, as evidenced by the emails attached hereto as Exhibit A.

Dated: March 10, 2020

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS

By:     /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for SFCCD Defendants

## ORDER

**IT IS SO ORDERED except that the hearings will be held on April 1, 2020 at 2:00 p.m.**

Dated: 3/11/2020

Judge, United States District Court

3

STIPULATION AND ORDER RE HEARING DATE
CASE NO.: 4:18-CV-05562-HSG