United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN ESCALANTE, | Case No. 18-cv-05562-HSG |
| Plaintiff, | **ORDER DENYING MOTION FOR LEAVE TO FILE SURREPLY** |
| v. | Re: Dkt. No. 109 |
| SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, AND BOARD OF TRUSTEES, et al., | |
| Defendants. | |

On March 10, 2020, Plaintiff Carolyn Escalante filed a Motion for Leave to File a Surreply (the "Motion"). Dkt. No. 109. Defendants have filed oppositions to the Motion. Dkt. Nos. 110, 111. Having carefully reviewed and considered the Motion, it is hereby ordered that Plaintiff's Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: 3/13/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge