MARIA M. LAMPASONA, SBN 259675
mlampasona@rankinlaw.com
RANKIN, SHUEY, RANUCCI, MINTZ,
LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendants
SAN FRANCISCO COMMUNITY COLLEGE DISTRICT (also erroneously sued as "BOARD OF TRUSTEE'S"), MARK W. ROCHA, DIANNA R. GONZALES, STEVEN BRUCKMAN, TRUDY WALTON, CLARA STARR, ELIZABETH CORIA, MARYLOU LEYBA-FRANK, SUNNY L. CLARK, JOSEPH A. GUIRIBA, LEILANI F. BATTISTE, LETICIA A. SANTANA SAZO, and MARIA M. LAMPASONA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CAROLYN ESCALANTE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAN FRANCISCO COMMUNITY COLLEGE DISTRICT, and BOARD OF TRUSTEE'S, et al.<br><br>　　　　　Defendants. | Case No. 4:18-cv-05562-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

　　　　Pursuant to Local Rules 6-1 and 6-2, Plaintiff Carolyn Escalante, the San Francisco Community College District Defendants, and the SEIU Defendants, by and through their attorneys of record, stipulate as follows:

　　　　The San Francisco Community College District Defendants and the SEIU Defendants both filed Motions to Dismiss on November 6, 2020. Plaintiff's current deadline to file her

Oppositions to the Motions to Dismiss is November 20, 2020. Defendants' current deadline to file their Replies is November 27, 2020. The parties have agreed to the following modified briefing schedule:

- Plaintiff's Oppositions:       December 21, 2020
- Defendants' Replies:           January 11, 2021
- Hearing:                       January 21, 2021 (as currently noticed)

**IT IS SO STIPULATED.**

Dated: November 12, 2020          MS. CAROLYN ESCALANTE, PRO SE


By:     /s/ *Carolyn Escalante*
        CAROLYN ESCALANTE
        Plaintiff, Pro Se

Dated: November 12, 2020          WEINBERG, ROGER & ROSENFELD
                                  A Professional Corporation


By:     /s/ *Katharine R. McDonagh*
        KATHARINE R. McDONAGH
        Attorneys for SEIU Defendants

Dated: November 12, 2020          RANKIN, SHUEY, RANUCCI, MINTZ,
                                  LAMPASONA & REYNOLDS


By:     /s/ *Maria M. Lampasona*
        MARIA M. LAMPASONA
        Attorneys for SFCCD Defendants

As the filing attorney, I hereby attest that I have permission of Plaintiff Carolyn Escalante and Katharine R. McDonagh, counsel for the SEIU Defendants to attach their e-signatures to this stipulation.

Dated: November 12, 2020          RANKIN, SHUEY, RANUCCI, MINTZ,
                                  LAMPASONA & REYNOLDS


By:     /s/ Maria M. Lampasona
        MARIA M. LAMPASONA

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612

# [PROPOSED] ORDER

Pursuant to stipulation of the parties, the Court adopts the following briefing schedule for the Motions to Dismiss filed by the Defendants on November 6, 2020:

- Plaintiff's Oppositions:     December 21, 2020
- Defendants' Replies:        January 11, 2021
- Hearing:                    January 21, 2021 (as currently noticed)

**IT IS SO ORDERED.**

Dated: 11/13/2020

*Haywood S. Gilliam, Jr.*
Haywood S. Gilliam, Jr.
Judge of the United States District Court

RANKIN, SHUEY, RANUCCI, MINTZ, LAMPASONA & REYNOLDS
2030 Franklin Street, Sixth Floor
Oakland, CA 94612